IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JASON THOMPSON,** | ) | Civil Action No. 7:15cv00444 |
|     Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| **CHRISTOPHER ZYCH,** | ) | United States District Judge |
|     Respondent. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that respondent's motion for summary judgment (Docket No. 7) is **GRANTED** and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 29th day of August, 2016.

                                                                            NORMAN K. MOON
                                                                            UNITED STATES DISTRICT JUDGE